UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GUADALUPE JUAREZ,

    Plaintiff,

v.                                              Case No.  8:12-cv-1154-T-24 MAP

TORNADO BUS COMPANY,

    Defendant.
_____/

## ORDER

This cause comes before the Court on Defendant's Motion to Strike.  (Doc. No. 16).  Plaintiff opposes the motion.  (Doc. No. 18).  As explained below, the motion is denied without prejudice.

In Plaintiff's complaint, he asserts five claims against Defendant, including a Fair Labor Standards Act ("FLSA") claim.  (Doc. No. 1).  With respect to his FLSA claim, Plaintiff seeks compensatory damages, liquidated damages, and prejudgment interest.  In response, Defendant filed the instant motion to strike Plaintiff's request for prejudgement interest, arguing that such is not an available remedy under the FLSA and case law.

Plaintiff responds that the Court should not strike his request for prejudgement interest, because: (1) the case law is not clear regarding whether he can be awarded prejudgement interest if he is not awarded liquidated damages on his FLSA claim; (2) the issue of entitlement to prejudgement interest is not ripe for review at this early stage of the litigation; and (3) Defendant would not be prejudiced by allowing his request for prejudgement interest to remain in the complaint.  The Court agrees with Plaintiff that the issue of prejudgement interest is not ripe for review and that Defendant will not be prejudiced by allowing it to remain in the complaint.

Accordingly, it is ORDERED AND ADJUDGED that Defendant's Motion to Strike (Doc. No. 16) is **DENIED WITHOUT PREJUDICE**.  If and when the issue of prejudgement interest becomes ripe, Defendant may file a motion regarding Plaintiff's entitlement.

**DONE AND ORDERED** at Tampa, Florida, this 31st day of July, 2012.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record